**DENY; and Opinion Filed February 19, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00184-CV

### IN RE IN THE INTEREST OF M.A.M, A MINOR CHILD, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-03-14732-T**

## MEMORANDUM OPINION
Before Justices O'Neill, Lang, and Brown
Opinion by Justice O'Neill

The Court has before it Plaintiff's Amended Notice of Appeal and Application for Writ of Mandamus. The Court treats the pleading as a petition for writ of mandamus. Relator's petition does not satisfy the requirements of the Texas Rules of Appellate Procedure. The pleading does not include an appendix containing the orders of which relator complains or the motions on which he contends the trial court has failed to rule. The petition also is not certified as required. *See* TEX. R. APP. P. 52.3(j) & (k); TEX. R. APP. P. 52.7(a); *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.–Dallas 2008, orig. proceeding). Accordingly, the Court **DENIES** the petition for writ of mandamus.

/Michael J. O'Neill/
MICHAEL O'NEILL
JUSTICE

140184F.P05